UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1094

CATHERINE DENISE RANDOLPH,

Plaintiff - Appellant,

v.

U.S. ATTORNEY, Technology (Illegal home business),

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, Chief District Judge.  (1:15-cv-00009-CCB)

Submitted:  March 17, 2015        Decided:  March 20, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Catherine Denise Randolph, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catherine Denise Randolph appeals the district court's order dismissing her complaint as frivolous and for failing to state a claim. See 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Randolph's motions to amend and dismiss the appeal for the reasons stated by the district court. Randolph v. U.S. Attorney, No. 1:15-cv-00009-CCB (D. Md. Jan. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED